The Honorable Judge Stanley A. Bastian

Ryan M. Best, WSBA 33672
Jacob A. Mark, WSBA 54280
BEST LAW PLLC
905 West Riverside, Suite 409
Spokane, WA 99201
Telephone: (509) 624-4422
Fax: (509) 703-7957
Email: ryan.best@bestlawspokane.com
Email: jmark@bestlawspokane.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RUSSELL JONES and REINA JONES, a married couple,

Plaintiffs,

vs.

GRANT COUNTY HOSPITAL DIST. NO. 1 d/b/a SAMARITAN HOSPITAL, a Washington Municipality,

Defendant.

NO. 2:19-cv-00264-SAB

**PLAINTIFFS' WITNESS LIST**

1. Russell Jones, ARNP

2. Reina Jones, RN

3. Julie Weisenburg

4. Rebecca Suarez, RN

5. Alex Cardenas

PLAINTIFFS' WITNESS LIST            1

6. Daniel Critzer

7. 30(b)(6) Representatives of Samaritan on designated topics.  Previously Julie Weisenburg, Rebecca Suarez, Dr. Andrea Carter

8. Carolina Sepulveda

9. Erick West, M.A.

10. Jazelda Garcia, RN

11. Larry Mata

12. Dr. Thomas J. Laney

13. Dr. Irene Kimura, M.D.

14. Dr. Jeremy Smith, M.D.

15. Felicia Blindman, BSN, RN

16. Dr. Amy Peryea, M.D.

17. Department of Health 30(b)(6) Representative or Karl Hoehn

18. William Symmes

19. Dr. Scott Stroming, M.D., FACEP

20. Dr. Adam Sinner, M.D.

21. Sharon Fields

22. Dr. Paul Miller, M.D.

23. Dr. Jackson Henley, M.D.

24. Ellen Voss, Esq.

25. Helen Budde

26. Kyle D. Adams

PLAINTIFFS' WITNESS LIST      2

27. Becky DeMers

28. Chad Davis

29. Richard Eck

30. Robert Gruver

31. Natalia Mikhaylik, RN

    Dated this 14th day of June 2021.

                                  s/Ryan Best
RYAN BEST, WSBA # 33672
JACOB MARK, WSBA #54280
Attorneys for Plaintiffs
905 W. Riverside Avenue, Suite 409
Spokane, WA 99201
Telephone:  509-624-4422
Fax:  509-703-7957
E-mail: ryan.best@bestlawspokane.com
        jmark@bestlawspokane.com

PLAINTIFFS' WITNESS LIST    3

# CERTIFICATE OF SERVICE

I hereby certify that <u>14th</u> day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) 1to:

amm@witherspoonkelley.com

I hereby certify that I have mailed by United States Postal Service the document to the following at the address listed below:

NONE

**BEST LAW, PLLC**

    *s/ Ryan Best*
Ryan M. Best, WSBA 33672
Jacob A. Mark, WSBA 54280
Best Law PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
Phone: (509) 624-4422
Fax: (509) 703-7957
Email: ryan.best@bestlawspokane.com